**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Dorcas International Institute of Rhode Island, et al.
Plaintiff,
v.

Case No.:
1:26−cv−00132−JJM−PAS

United States Citizenship and Immigration Services, et al.
Defendant.

**CASE OPENING NOTICE**

      The above−captioned case has been opened pursuant to Rule 3 of the Federal Rules of Civil Procedure.  The above case number and caption should be used on all papers subsequently submitted to this Court.

      The plaintiff is responsible for having the summons and complaint served within the time allowed by Fed. R. Civ. P. 4(m).  If not already filed with the complaint, the plaintiff should file a completed summons with the Clerk of Court for signature and seal.  Unless service is waived, proof of service of a summons must be filed with the Court within 14 days after service as outlined in LR Cv 5.1(a).  Failure to do so may result in dismissal for lack of diligent prosecution.  <u>See</u>: LR Cv 41.

      Counsel representing a nongovernmental corporate party must file a corporate disclosure statement with the first document filed with the Court, and properly file a supplemental statement if any required information changes.  <u>See</u>: Fed. R. Civ. P. 7.1(a)(1).

      Additionally, if this is an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a disclosure statement that names and identifies the citizenship of all the party or parties must be filed. If the party is an LLC, the disclosure statement must name the citizenship of any member of the LLC through however many layers of members or partners there may be. <u>See</u>: Fed. R. Civ. P. 7.1(a)(2).

      Parties are encouraged to exchange disclosures immediately and to commence discovery.  A case management scheduling conference will be set as soon as practicable after an answer is filed.

      Dockets, opinions, rules forms, the court calendar and general notices can be obtained from the Court's website at <u>www.rid.uscourts.gov</u>.  Parties should specifically review the notice(s) listed below:

      <u>Notice of Electronic Availability of Case Information</u>

      <u>Notice to Counsel and *Pro Se* Litigants</u>

      <u>Guidance Regarding Motions to Seal in Civil Cases</u>

<u>Preventing Third–Party Services' Access to Restricted Information in CM/ECF</u>

If you wish to inquire about your case by telephone, please contact the case manager at the direct extension listed below.

March 5, 2026                                        Hanorah Tyer–Witek, Clerk of Court

U.S. District Court
for the District of Rhode Island
One Exchange Terrace
Providence, RI 02903
Case Manager: Ryan Jackson 401–752–7213