**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Case No. |

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Dorcas International Institute of Rhode Island; Refugee Dream Center; Service Employees International Union; International Union, United Automobile, Aerospace and Agricultural Implement Works of America; African Communities Together; Venezuelan Association of Massachusetts; Partnership for the Advancement of New Americans; and American Gateways certify that they are nonprofit organizations with no corporate parent. They are also not publicly held.

March 5, 2026

Respectfully submitted,

/s/ Amy R. Romero
Amy R. Romero (RI Bar No. 8262)
Kevin Love Hubbard (MA Bar No. 704772)*
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500

amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating Counsel, Lawyers' Committee for Rhode
   Island

 /s/ Ryan Cooper
Ryan Cooper (DC Bar No. 1645301)*
Anashua Dutta (DC Bar No. 90007329)*
Catherine M.A. Carroll (DC Bar No. 497890)*
Robin F. Thurston (DC Bar No. 1531399)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202) 448-9090
rcooper@democracyforward.org
adutta@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

/s/ Kristy Blumeyer-Martinez
Kristy Blumeyer-Martinez (TX Bar No. 24087177)*
Mona Iman (CA Bar No. 309525)*
Refugee and Immigrant Center for
   Education and Legal Services
131 Interpark Boulevard
San Antonio, TX 78216
(210) 222-0964
mona.iman@raicestexas.org
kristy.blumeyermartinez@raicestexas.org

/s/ Golnaz Fakhimi
Golnaz Fakhimi* (NY Bar No. 5063003)
Melissa Keaney* (CA Bar No. 265306)
Abbey Koenning-Rutherford* (CO Bar No. 59636))*
Muslim Advocates
1032 15th Street NW No. 362
Washington, DC 20005
(202) 655-296
golnaz@muslimadvocates.org
melissa@muslimadvocates.org
abbey@muslimadvocates.org

/s/ Kalpana V. Peddibhotla
Kalpana V. Peddibhotla (Cal. Bar No. 200330)*
Anisa Rahim (NJ Bar No. 007802007)*
South Asian American Justice Collaborative

333 West San Carlos Street Suite 600
San Jose, CA 951110
(408) 550-9240
kalpana@saajco.org
anisa.rahim@saajco.org

*Counsel for Plaintiffs*

*Motion to appear pro hac vice forthcoming