## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF RHODE ISLAND

Dorcas Institute of Rhode Island et al.
_____
**Plaintiff(s)**

v.

United States Citizenship and Immigration Services
_____
**Defendant(s)**

Case No.: 26-cv-132 _____

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Amy Romero _____, am a member in good standing of the bar of this

Court. I am moving for the admission of Attorney Robin F. Thurston _____ to

appear *pro hac vice* in this case as counsel for Plaintiffs _____.

I certify that I have reviewed the below information provided by the prospective admittee. I

acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the

participation and responsibilities of local counsel.

LOCAL COUNSEL:

Amy Romero
_____
*Name*

8262
_____
*Bar Number*

DeLuca, Weizenbaum, Barry & Revens, Ltd.
_____
*Firm/Agency*

199 North Main Street
_____
*Address*

Providence, RI 02903
_____
*City, State, Zip Code*

/s/ Amy Romero
_____
*Signature*

03/06/2026
_____
*Date*

(401) 453-1500
_____
*Telephone Number*

_____
*Fax Number*

amy@dwbrlaw.com
_____
*E-mail Address*

| To be completed by the Prospective Admittee | | | | | |
|---|---|---|---|---|---|

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (*list courts below.*)

| State or Federal Court | Admission Date | | State or Federal Court | Admission Date |
|---|---|---|---|---|
| D.C. State | 02/05/2018 | | CA2 | 06/13/2022 |
| D.D.C. | 04/09/2018 | | CA3 | 05/21/2024 |
| D. Md. | 05/02/2025 | | CA4 | 03/26/2025 |
| CA1 | 04/10/2025 | | ** Full List Attached ** | |

## To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you must provide a full explanation as an attachment.*

Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys?

YES ☐   NO ☑

Are there any disciplinary proceedings pending against you at this time?

YES ☐   NO ☑

Has your *pro hac vice* status ever been revoked by any court?

YES ☐   NO ☑

Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime?

YES ☐   NO ☑

Are there any criminal charges pending against you at this time?

YES ☐   NO ☑

## Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Robin F. Thurston
_____
*Name*

Democracy Forward Foundation
_____
*Firm/Agency*

P.O. Box 34553
_____
*Address*

Washington, D.C. 20043
_____
*City, State, Zip Code*

/s/ Robin F. Thurston
_____
*Signature*

(202) 448-9090
_____
*Telephone Number*

(202) 796-4426
_____
*Fax Number*

rthurston@democracyforward.org
_____
*E-mail Address*

**Full List of Admissions for Attorney Robin F. Thurston**

| Bar / Court Name | Admission Date | Bar No. |
|---|---|---|
| District of Columbia State Bar | 2/5/2018 | 1531399 |
| District Court for the District of Columbia | 4/9/2018 | 7268942 |
| District of Maryland | 5/2/2025 | 31584 |
| United States Court of Appeals for the First Circuit | 4/10/2025 | 1216551 |
| United States Court of Appeals for the Second Circuit | 6/13/2022 | |
| United States Court of Appeals for the Third Circuit | 5/21/2024 | |
| United States Court of Appeals for the Fourth Circuit | 3/26/2025 | |
| United States Court of Appeals for the Fifth Circuit | 8/7/2024 | |
| United States Court of Appeals for the Sixth Circuit | 7/12/2024 | |
| United States Court of Appeals for the Seventh Circuit | 6/23/2023 | |
| United States Court of Appeals for the Eighth Circuit | 2/3/2025 | |
| United States Court of Appeals for the Ninth Circuit | 12/20/2019 | |
| United States Court of Appeals for the Eleventh Circuit | 4/4/2024 | |
| District of Columbia Circuit | 8/30/2019 | |
| Supreme Court of the United States | 4/15/2024 | |