# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF RHODE ISLAND

DORCAS INTERNATIONAL INSTITUTE
OF RHODE ISLAND, et al.

    *Plaintiffs,*

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, et al.

    *Defendants.*

Case No. 26-cv-00132-JJM-PAS

**JOINT MOTION FOR EXPEDITED SUMMARY JUDGMENT BRIEFING SCHEDULE
AND TO WAIVE STATEMENTS OF UNDISPUTED FACTS**

    The parties jointly move to set a briefing schedule that will govern the parties' cross-motions for summary judgment, and for related relief outlined below. Given the Plaintiffs' need for expedited relief, the parties have conferred productively since this matter was filed and, in the interest of conserving the Court's and the parties' resources, propose forgoing preliminary relief. Instead, the parties move that this case proceed on an expedited basis to cross-motions for summary judgment, following Defendants' production of the administrative record.

    Accordingly, the parties respectfully request the Court to enter an order providing that:

    1.    Defendants will produce and file the administrative record by March 25, 2026.

    2.    Plaintiffs will file their motion for summary judgment by April 3, 2026.

    3.    Defendants will file a cross-motion for summary judgment and response to Plaintiffs' motion by April 24, 2026.

    4.    Plaintiffs will file a reply and response to the cross-motion for summary judgment by May 1, 2026.

    5.    Defendants will file a reply by May 8, 2026.

6. In light of the foregoing, the parties move to be relieved of all other pending case management and pre-trial obligations, including exchanging initial disclosures and filing a discovery plan under Rule 26(f), and that Defendants not be required to respond to the Complaint under Federal Rule of Civil Procedure 12, pending the Court's order on the cross-motions for summary judgment.

7. The parties further move the Court to waive the requirement that the parties submit Statements of Undisputed Facts and responses thereto pursuant to Local Civ. R. 56(a) in conjunction with their respective motions for summary judgment.

Dated: March 13, 2026

Respectfully submitted,

/s/ Kevin Love Hubbard
Amy R. Romero (RI Bar No. 8262)
Kevin Love Hubbard (MA Bar No. 704772) [+]
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating Counsel,
Lawyers' Committee for Rhode Island

Ryan Cooper (DC Bar No. 164501) [+]
Anashua Dutta (DC Bar No. 90007329) [+]
Catherine M.A. Carroll (DC Bar No. 497890) [+]
Robin F. Thurston (DC Bar No. 1531399) [+]
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
(202) 448-9090
rcooper@democracyforward.org
adutta@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

/s/ Kevin Bolan
KEVIN BOLAN
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
401.709.5000
kevin.bolan@usdoj.gov

*Counsel for Defendants*

Kristy Blumeyer-Martinez (TX Bar No. 24087177) [+]
Mona Iman (CA Bar No. 309525) [+]
Refugee and Immigrant Center for Legal
Education and Services
131 Interpark Boulevard
San Antonio, TX 78216
(210) 222-0964
kristy.blumeyermartinez@raicestexas.org
mona.iman@raicestexas.org

Golnaz Fakhimi (NY Bar No. 5063003)*
Melissa Keaney (CA Bar No. 265306)*
Abbey Koenning-Rutherford (CO Bar No. 59636)*
Muslim Advocates
1032 15th Street NW No. 362
Washington, DC 20005
(202) 897-2622
golnaz@muslimadvocates.org
melissa@muslimadvocates.org
abbey@muslimadvocates.org

Kalpana V. Peddibhotla (CA Bar No. 200330)*
Anisa Rahim (NJ Bar No. 007802007)*
South Asian American Justice Collaborative
333 West San Carlos Street Suite 600
San Jose, CA 951110
(408) 550-9240
kalpana@saajco.org
anisa.rahim@saajco.org

*Counsel for Plaintiffs*

[+] Admitted pro hace vice
* Motion to appear pro hac vice forthcoming

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, I filed the foregoing Joint Motion through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304. In addition, I served a copy via email on:

Kevin Bolan
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
401.709.5000
kevin.bolan@usdoj.gov

                                                */s/ Kevin Love Hubbard*