**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DORCAS INT'L INST. OF R.I., *et al.*,

     Plaintiffs,

*v.*

U.S. CITIZENSHIP & IMMIGRATION SERVS., *et al.*,

     Defendants.

Civil Action No.
26cv132-JJM-PAS

**NOTICE OF APPEARANCE**

I hereby enter my appearance as counsel for Defendants U.S. Citizenship and Immigration Services ("USCIS"); Joseph Edlow, in his official capacity as USCIS Director; the U.S. Department of Homeland Security ("DHS"); and Kristi Noem, in her official capacity as DHS Secretary.[1]

Dated: March 17, 2026

Respectfully submitted,

CHARLES C. CALENDA
United States Attorney

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
401.709.5000
kevin.bolan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 17, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant United States Attorney

---

[1] The government will eventually ask the Court to substitute former Secretary Noem's successor as a party. Fed. R. Civ. P. 25(d).

1