**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| |
|---|
| DORCAS INT'L INST. OF R.I., *et al.*, <br>        Plaintiffs, <br> v. <br> U.S. CITIZENSHIP AND <br> IMMIGRATION SERVS., *et al.*, <br>        Defendants. |

Civil Action No.
26cv132-JJM-PA

**DEFENDANT U.S. CITIZENSHIP AND IMMIGRATION SERVICES'**
**PRODUCTION OF CERTIFIED ADMINISTRATIVE RECORDS**

The United States, on behalf of Defendant U.S. Citizenship and Immigration Services ("USCIS"), produces the Certified Administrative Record ("CAR") in three separate exhibits corresponding to the polices that the Plaintiffs contest in this case:

1.     USCIS Policy Alert, Impact of INA [Immigration and Nationality Act] 212(f) on USCIS' Adjudication of Discretionary Benefits, PA-2025-26 (Nov. 27, 2025) (to which Plaintiffs refer as the "November Memorandum," *see e.g.*, ECF 1, ¶ 70).

2.     USCIS Policy Memorandum, Hold and Review of all Pending Asylum Applications and all USCIS Benefit Applications Filed by Aliens from High-Risk Countries, PM-602-0192 (Dec. 2, 2025) (to which Plaintiffs refer as the "December Memorandum," *see e.g.*, ECF 1, ¶ 71). The copy attached as Exhibit 2 corresponds to the same CAR already produced in *Varniab v. Edlow*, No. 5:25-cv-10602-SVK (N.D. Cal. Feb. 3, 2026). Although the copy in Exhibit 2 is not marked as such, it was filed in *Varniab* as ECF 23. And while the declaration in Exhibit 2 refers to *Varniab*, the CAR produced there remains the operative CAR for the December Memorandum.

3.     USCIS Policy Memorandum, Hold and Review and USCIS Benefit Applications Filed by Aliens from Additional High-Risk Countries, PM-602-0194 (Jan. 1, 2026) (to which Plaintiffs refer as the "January Memorandum," *see e.g.*, ECF 1, ¶ 76). The copy attached as Exhibit 3 corresponds to the same CAR

1

produced in *Behdin v. Edlow*, No. 5:26-CV-00566 (N.D. Cal. Feb. 20, 2026) (ECF 23-1). While the accompanying declaration refers to *Behdin*, the CAR produced there remains the operative CAR.

Dated: March 25, 2026                    Respectfully submitted,

                                         CHARLES C. CALENDA
                                         United States Attorney

                                         */s/ Kevin Bolan*
                                         KEVIN BOLAN
                                         Assistant United States Attorney
                                         One Financial Plaza, 17th Floor
                                         Providence, RI 02903
                                         401.709.5000
                                         kevin.bolan@usdoj.gov

### Certificate of Service

I hereby certify that, on March 25, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

                                         */s/ Kevin Bolan*
                                         KEVIN BOLAN
                                         Assistant United States Attorney