**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> *Defendants.* | Case No. 1:26-cv-00132-JJM-PAS |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs Dorcas International Institute of Rhode Island; Refugee Dream Center; Service Employees International Union; International Union, United Automobile, Aerospace, and Agricultural Implement Workers of America; African Communities Together; Venezuelan Association of Massachusetts; Partnership for the Advancement of New Americans; and American Gateways respectfully move for summary judgment under Federal Rule of Civil Procedure 56 and Local Civil Rules 7 and 56.[1] Plaintiffs move for summary judgment on Counts I–III of the Complaint, *see* Compl. ¶¶ 186–205, ECF No. 1.[2]

---

[1] Per the Court's March 17, 2026, Minute Order, the parties need not submit statements of undisputed fact under D.R.I. Local Rule 56(a).

[2] Plaintiffs do not seek summary judgment on their claims under the Fifth Amendment of the Constitution, *see* Compl. ¶¶ 206–224, ECF No. 1 (Counts IV–VII) at this time but reserve the right to seek summary judgment or other relief on those claims at an appropriate time.

As set forth in the accompanying memorandum, Defendants have enacted four policies (the "Challenged Policies") that: (1) halt all adjudications of requests for asylum, without regard to the applicant's country of origin; (2) halt all adjudications for immigration benefits submitted by people from any of the thirty-nine countries subject to entry restrictions imposed by President Trump (the "Entry Ban"); (3) require reconsideration of past decisions granting any immigration benefit to anyone from a country subject to the Entry Ban and who entered the country since January 20, 2021; and (4) amend the USCIS Policy Manual to require agency personnel to consider a person's country of origin as a negative factor when adjudicating a request for discretionary benefits.

These policies each violate the Administrative Procedure Act ("APA") because they exceed the statutory authority conferred on USCIS by the Immigration and Nationality Act ("INA") and are contrary to INA, are arbitrary and capricious, and were promulgated without following notice-and-comment procedures. The Court should therefore hold unlawful, vacate, and set aside the Challenged Policies and grant appropriate declaratory and injunctive relief under the APA.

In support of this motion, Plaintiffs submit the attach memorandum of law and declarations from each of the eight Plaintiffs.

Pursuant to Local Rule 7(c), Plaintiffs request oral argument for this motion.

Dated: April 3, 2026                    Respectfully submitted,

                                        /s/ Amy R. Romero
                                        Amy R. Romero (RI Bar No. 8262)
                                        Kevin Love Hubbard (MA Bar No. 704772)*
                                        DeLuca, Weizenbaum, Barry & Revens, Ltd.

199 North Main Street
Providence, RI 02903
(401) 453-1500
amy@dwbrlaw.com
kevin@dwbrlaw.com
Cooperating Counsel, Lawyers' Committee for
   Rhode Island

 /s/ Ryan Cooper
Ryan Cooper (DC Bar No. 1645301)*
Anashua Dutta (DC Bar No. 90007329)*
Catherine M.A. Carroll (DC Bar No. 497890)*
Robin F. Thurston (DC Bar No. 1531399)*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202) 448-9090
rcooper@democracyforward.org
adutta@democracyforward.org
ccarroll@democracyforward.org
rthurston@democracyforward.org

/s/ Kristy Blumeyer-Martinez
Kristy Blumeyer-Martinez (TX Bar No.
   24087177)*
Mona Iman (CA Bar No. 309525)*
Refugee and Immigrant Center for
Education and Legal Services
131 Interpark Boulevard
San Antonio, TX 78216
(210) 222-0964
mona.iman@raicestexas.org
kristy.blumeyermartinez@raicestexas.org

/s/ Golnaz Fakhimi
Golnaz Fakhimi (NY Bar No. 5063003)*
Melissa Keaney (CA Bar No. 265306)*
Abbey Koenning-Rutherford (CO Bar No.
   59636)*
Muslim Advocates
1032 15th Street NW No. 362
Washington, DC 20005
(202) 655-296
golnaz@muslimadvocates.org

3

melissa@muslimadvocates.org
abbey@muslimadvocates.org

*/s/* Kalpana V. Peddibhotla
Kalpana V. Peddibhotla (Cal. Bar No. 200330)*
Anisa Rahim (NJ Bar No. 007802007)*
South Asian American Justice Collaborative
333 West San Carlos Street Suite 600
San Jose, CA 951110
(408) 550-9240
kalpana@saajco.org
anisa.rahim@saajco.org

*Counsel for Plaintiffs*
*Admitted pro hac vice

4

## CERTIFICATE OF SERVICE

I, hereby, certify that I caused the foregoing motion and all attachments to be filed electronically with the Court and served on all counsel of record using the CM/ECF system.

Dated: April 3, 2026

/s/ Ryan Cooper
Ryan Cooper
*Counsel for Plaintiffs*