# Exhibit E

**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> *Defendants.* | Case No. 1:26-cv-00132-JJM-PAS |

**DECLARATION OF CARLINA VELASQUEZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

I, Carlina Velasquez, make this declaration based on my personal knowledge. I declare under penalty of perjury that the following is true and correct:

1.      I am the President of the Venezuelan Association of Massachusetts ("VAM"), which is a non-profit corporation organized under the laws of the Commonwealth of Massachusetts with a principal place of business at 208 Bridge Street, Dedham, MA 02026.

2.      I am over the age of eighteen and am competent to give this declaration. I have personal knowledge of the facts set forth in this declaration through my work, materials I have reviewed, and information made available to me pursuant to my duties at VAM. If called as a witness in this action, I could and would testify competently to these facts.

3.    VAM was founded in 2019.  It is a member-based organization. Historically, VAM's primary mission involved sending humanitarian aid to Venezuela, such as medical supplies and food to hospitals, schools, and nursing homes.  However, VAM's humanitarian mission has been reduced by approximately 90%, as we have had to reallocate our limited time, funding, and volunteer capacity to respond to the urgent immigration needs of Venezuelans and other affected communities in the US.

**VAM's Mission and Work**

4.    In January 2025, as the need for humanitarian help began to expand, VAM began accepting members who are not of Venezuelan origin nor have Venezuelan heritage.

5.    Over time, and especially in response to the policies adopted against our community under the Trump administration and subsequent changes, VAM has expanded and adapted its mission in practice to guide, inform, and assist newly arrived immigrants (primarily Venezuelans, but increasingly other nationalities) in Massachusetts and across the U.S. on immigration-related issues; provide community education, referrals, and accompaniment so migrants can access legal support, understand their rights, and navigate rapidly changing immigration policies; and promote inclusion, solidarity, and mutual support among Venezuelans and other immigrant communities, working to ensure that the most vulnerable are not left behind.  VAM has modified its bylaws and internal rules to be able to formally accept and serve not only Venezuelans, but also people from other nationalities

affected by recent U.S. immigration policies, recognizing that the crises now extends beyond one nationality.

6.    VAM's services to our members include informational sessions, assistance with employment, guidance on immigration issues, and assisting members with obtaining driver's licenses, adjustment of status, or asylum.  VAM also supports newly arrived immigrants in Massachusetts by providing basic necessities like clothing, food, and assistance with paying rent.

7.    In the last year, VAM has devoted significant time to monitoring, explaining, and helping community members respond to the changing immigration landscape.  Every time a new policy is issued, our staff, leadership, and volunteers experience a much higher volume of requests for information and assistance.  Because immigration policies are changing rapidly, VAM's leadership feels increased pressure and fear of giving incorrect guidance to our members, leading us to invest additional time in training, verifying information with trusted partners, and updating materials.  VAM works very hard to ensure we are providing our members with accurate and up-to-date information

**VAM Members**

8.    To become a member of VAM, interested parties must complete a questionnaire identifying their interests and needs, such as humanitarian efforts for Venezuelans in Venezuela, immigration guidance, basic necessities, or social events. Based on their responses, we tailor VAM's communications and outreach for relevant services.  Membership in VAM is free.

9.     VAM's membership has grown exponentially, due to the direct and devastating impact the government's actions have had on Venezuelans and immigrants living here in the United States.  These members include U.S. citizens, legal permanent residents, individuals with other forms of immigration status, and individuals without any immigration status.

10.     VAM now has nearly 20,000 members across the nation, including almost 1,000 members in Massachusetts.    Approximately 70% of VAM's members are Venezuelan nationals; other VAM members come from countries including Cuba and Haiti.    Our active network includes people in Florida, New York, Texas, California, Ohio, Washington, D.C., Pennsylvania, and Massachusetts.

11.     VAM communicates with its members primarily through email and social media.

**Impact of New USCIS Policies on VAM's Members**

12.     I am very aware of the new USCIS policies issued on November 27 (allowing the consideration of country of origin as a negative discretionary factor) and December 2, 2025 and January 1, 2026 (pausing discretionary benefits and allowing re-review of existing discretionary immigration benefits ("the new USCIS policies") for immigrants from Venezuela and other "high risk" countries, because the policies immediately impacted VAM's members and therefore also VAM. Between November 2025 and January 2026 alone, VAM received and responded to approximately 250 calls and inquiries specifically relating to administrative suspensions, delays, and policy changes.

13.    VAM members have reported cancelled or indefinitely delayed interviews for marriage-based adjustment, unexplained "holds" on decisions, and prolonged delays on work authorization and other benefits.  The uncertainties created by these policy changers create serious psychological stress, economic instability, and family hardship for our members, including those with U.S. citizen children and mixed status households.

14.    VAM Member A is a Venezuelan man married to a U.S. citizen who filed a petition seeking to adjust his status so he and his wife can build a life together in the United States. In December 2025, VAM Member A and his wife attended their marriage-based adjustment of status interview at USCIS. At the conclusion of the interview, the USCIS officer informed VAM Member A and his wife that they would not receive a decision on VAM Member A's petition to adjust status until the "administrative pause" (Benefits Hold) affecting cases for persons from certain countries, including Venezuela, was lifted. If he is unable to adjust status, VAM Member A will lose his employment authorization and his job. VAM Member A and his wife just bought a house, and he does not know how they will make the mortgage payments if he loses his job.

15.    VAM Member B is a Venezuelan man seeking asylum in the United States. As an asylum seeker, VAM Member B is eligible for and has an employment authorization document ("EAD" or "work permit") which must be regularly renewed. VAM Member B timely filed for renewal of his EAD in November 2025. To date, he has not received a response due to the Benefits Hold. VAM Member B's employer has

told him that he will lose his job if he cannot produce a valid work permit by the time his current permit expires in May 2026. VAM Member B is the sole breadwinner for his family of four; his wife provides full time care for one of their two children who was born in the United States with special needs. VAM Member B is in constant fear of losing his livelihood.

16.    VAM Member C is a Venezuelan man who obtained asylum in the United States and then filed a petition to adjust his status to become a Lawful Permanent Resident ("LPR").  In September 2025 VAM Member C received an email from USCIS stating that an interview for his petition to become an LPR would be set soon, but to date no interview has been set. VAM Member C has repeatedly called USCIS customer service and been told that there is a suspension affecting people of his nationality due to the Benefits Hold. As an asylum seeker, VAM Member C had work authorization; after he obtained asylum, he tried to renew it but was told that he had to re-apply as an asylum recipient. He did so but to date has received no EAD, presumably also due to the Benefits Hold. If VAM Member C were an LPR, he would not need an EAD at all. Although VAM Member C is legally eligible to work, without a physical EAD he has not been able to find employment and provide for his family.

17.    VAM Member D is a native and citizen of Cuba.  He entered the United States with humanitarian parole and filed an application for lawful permanent residence under the Cuban Adjustment Act, along with a request for employment authorization.  He has been waiting for months for these applications to be processed. VAM Member D reached out to his congressional representative for assistance and

was told that USCIS responded that adjudication of certain immigration benefits is currently on hold.

18.    VAM Member E is a native and citizen of Cuba. Her I-485 and I-765 have been pending at USCIS for months.  As a result of the pause on adjudications, she has lost her job, taken on debt, and experienced eviction.

19.    VAM Members A, B, C, D, and E, and many more, are suffering serious harm as a result of the pause in adjudicating benefits applications for nationals of certain countries.

20.    As far as I know, no member of VAM or any other immigrant from one of the travel ban countries has had a benefits request adjudicated since the pause went into effect.

21.    As far as I know, no member of VAM has yet been subject to the Re-Vetting Policy.  However, VAM members who received immigration benefits such as asylum during the period that the Re-Vetting Policy covers have shared that they are very afraid that they will be re-vetted and the immigration relief they received will be stripped from them, throwing their lives back into uncertainty and potentially, into  danger.

22.    VAM Members' safety and security in the U.S. are endangered, their financial futures are uncertain, and they and their families have no way of knowing if or when these pauses will be lifted.


Signed under penalty of perjury, this 1___ day of April, 2026.


4/1/2026

_____

Carlina Velasquez