# Exhibit F

## UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, et al., <br><br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., <br><br> *Defendants.* | Case No. 1:26-cv-00132-JJM-PAS |

### DECLARATION OF AMAHA KASSA IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

I, Amaha Kassa, make this declaration based on my personal knowledge. I declare under penalty of perjury that the following is true and correct:

1. I am a first-generation Ethiopian immigrant and the Founder and Executive Director of African Communities Together ("ACT").

I am over the age of eighteen and am competent to give this declaration. I have personal knowledge of the facts set forth in this declaration through my work, materials I have reviewed, and information made available to me pursuant to my duties at ACT. If called as a witness in this action, I could and would testify competently to these facts.

2. ACT is a non-profit organization of African immigrants fighting for civil rights, opportunity, and a better life for families and communities here in the United States. ACT was incorporated in New York, NY in 2013.

3.    ACT's mission is to empower African immigrants to integrate socially, advance economically, and engage civically. ACT offers a variety of free services to its members, including immigration legal services, assistance with health insurance and public-school enrollment, support in applying for identification, job recruitment programs, leadership development, referrals for food and housing, and more.

4.    As Executive Director, I have knowledge of ACT's membership, including its members' circumstances, needs, and priorities. I am acutely aware of the devastating impact that USCIS's benefits-restricting policies have had and are having on ACT's members.

## I.    ACT's Membership

5.    ACT has over 13,000 members around the U.S. who are the nationals or descendants of myriad African nations, including those subject to the Benefits Hold. ACT facilitates a national network of African leaders and African immigrant-serving organizations. ACT connects African immigrants with free or low-cost assistance for immigration, jobs and other needs; empowers African immigrants to serve as leaders in their communities through meetings and trainings; and mobilizes African immigrants to campaign at the state, local, and national level for issues that affect them such as immigration reform and language access. Every year ACT connects hundreds of individuals with high-quality free legal services. ACT has three chapters comprised of members in New York, Virginia, Maryland, Pennsylvania, and the District of Columbia.

6.    Individuals who are interested in becoming members of ACT may join by meeting with ACT intake staff and filling out an individual membership form,

which is available on ACT's website. During the intake process, ACT staff ask new

members what services they need. Staff members also recruit members from within

the African immigrant community by sharing information about membership with

those who come to ACT seeking services, as well hosting targeted recruitment events,

tabling at community events, and hosting informational webinars that include

information about joining ACT.

7. Membership in ACT is voluntary and free.

8. Members set ACT's priorities and shape its work in a variety of ways. Members attend monthly membership meetings, during which they can provide feedback and recommendations about ACT's work and its campaigns. Members can also join committees that run ACT's advocacy programs. Committee members have the opportunity to participate in various training programs, including training on the legislative process, organizing, and media training.

9. ACT provides its members with free, high-quality immigration legal services, including case-by-case assistance with applications for asylum, temporary protected status ("TPS"), and related employment authorization.

## II.  ACT's Members Are Experiencing Immediate, Irreparable Harm from the Benefits Restriction Policies

10. ACT's members are suffering severe harm as a result of the Global Asylum Hold, Benefits Hold and Country-Specific Factors Policy.

11. For example, ACT has several members from Sudan who are affected. ACT Member A is a TPS holder from Sudan who filed a form I-131, Application for Travel Documents, Parole Documents, and Arrival Departure Records ("Form I-131"

or "humanitarian parole request") in April 2025 in order to visit her family following the passing of a close relative. Because of her urgent desire to be with her family, she regularly checked in on the status of her application. She received one update in 2025 that her application was still pending. Then the Trump administration announced the Benefits Hold. She feels extremely sad and frustrated that this new policy will prevent her application from undergoing any further processing and that she will remain far from her family at a very difficult time.

12. In addition to being a TPS holder, ACT Member A is also an asylum seeker. She applied for asylum in 2018 and after a years-long wait, she finally had her asylum interview in the fall of 2025. At the end of the interview, she was told that she should receive a decision within five days. She has not received any further communication about her application. She is extremely concerned because her asylum application would have given her a path to permanent status at a moment when her TPS status does not feel secure.

13. Despite an ongoing war in Sudan, which would warrant an extension of her TPS status, Member A fears that Sudan TPS holders will face termination of their status in a few short months and she will lose her TPS-based work authorization. The prospect of not working causes her enormous stress because she is currently the only one supporting her family abroad.

14. ACT Member A understands that she is unable to secure travel documents, asylum, or an employment authorization document because of the Benefits Hold. She also understands that even if the Benefits Hold is someday lifted,

she will likely be permanently unable to secure these immigration benefits because

of the Country-Specific Factors policy which requires USCIS to discriminate against people from countries subject to entry restrictions including Sudan.

15.     ACT Member B is a college student and green card holder from Sudan. She is studying political science and is currently in her final year. ACT Member B and her family arrived in the U.S. in 2019 as lawful permanent residents through the Diversity Visa program. In January 2025, ACT Member B applied for naturalization. Her naturalization interview was scheduled for December 2025. A few days prior to the interview, she received notice that it was rescheduled for a few days later. A few days prior to the rescheduled interview date, and after the Benefits Hold was announced, she received notice that her interview was canceled until further notice. ACT Member B has dreams of working at the State Department as a foreign service officer, a role that requires U.S. citizenship. She is very disappointed because she has been conducting her job search on the assumption that she would soon be a U.S. citizen. Her employment options are now limited and she feels like her dream job is out of reach.

16.     ACT Member C is from Cote d'Ivoire. Upon the expiration of her DACA, in October 2025, ACT Member C filed a DACA renewal. She received a USCIS approval for expedited processing based on humanitarian hardship. Yet, her application remains pending because of the Benefits Hold. Because ACT Member C's DACA renewal application is currently on hold, ACT Member C is without lawful

status and is no longer able to work. As a result, she has been terminated by her employer. She is also unable to renew her driver's license.

17. ACT Member C reached out to her congressional representative for assistance. On January 16, 2026, her representative's office received confirmation from USCIS that ACT Member C's application is still pending because of the Benefits Hold. ACT Member C has a U.S. citizen son who has been diagnosed with autism. Because of the loss of her income and driver's license, he has suffered from a critical lapse in his specialized care and therapy.

18. ACT Member C understands that even if the Benefits Hold is lifted, she still will face a prohibitive barrier to securing DACA renewal or any form of employment authorization because of the Country-Specific Factors Policy.

19. ACT Members A, B and C are examples of the harmful impacts these policies are having on ACT members and the broader community ACT serves.

20. All of the policies have created tremendous confusion. ACT's legal department is experiencing a clear increase in time and resources devoted to supporting and assisting members affected by the USCIS policies related to the travel ban because many of its clients from affected countries have applications that remain pending or effectively paused, including cases filed before the Benefits Hold. Although USCIS continues to accept filings, issue receipt notices, schedule biometrics appointments, and in some cases conduct interviews, the outcome remains uncertain.

21. In particular, ACT's members and the communities ACT serves are very concerned about the Benefits Hold. To address its members' concerns, ACT has

hosted or co-hosted multiple information sessions about the implications of the Benefits Hold and other Challenged Policies. ACT's data team is currently creating an interactive website that would allow members to determine how various bans, including the Benefits Hold, impact them. ACT is also creating written materials to explain the bans and the Challenged Policies.

22. As a result of these policies, ACT spends considerable additional resources monitoring case progress, responding to ongoing client concerns, and providing guidance without clarity on how long adjudications under the Challenged Policies will be delayed. This additional expenditure of time and resources has increased administrative workload and frustrated ACT's efforts to advise clients and plan next steps because standard processing expectations are no longer reliable. Service delivery has become both more time and resource- intensive and less predictable.

23. ACT believes that the current Trump Administration is motivated by a desire to deny access to immigration benefits for non-white, non-European-descended people generally and for Black and African people, specifically.

Signed under penalty of perjury, this 3rd day of April, 2026.

Amaha Kassa