**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DORCAS INTERNATIONAL INSTITUTE OF
RHODE ISLAND, *et al*.,

*Plaintiffs,*

v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES, *et al*.,

*Defendants.*

Civil Action No. 1:26-cv-00132-JJM-PAS

## MOTION OF COUNSEL TO WITHDRAW APPEARANCE

Pursuant to Local Rule Gen 206(d), Golnaz Fakhimi seeks leave of Court to withdraw her appearance in this matter for all Plaintiffs. Good cause for the withdrawal exists, because Ms. Fakhimi has concluded her work with Muslim Advocates. Plaintiffs continue to be represented by attorneys from Muslim Advocates, the South Asian American Justice Collaborative, RAICES, Democracy Forward, and DeLuca, Weizenbaum, Barry & Revens, Ltd. Ms. Fakhimi has conferred with Defendants' counsel, and they do not oppose or have any objections to the relief sought herein.

WHEREFORE, Ms. Fakhimi respectfully requests that the Court withdraw her appearance as counsel for Plaintiffs in this case.

Date: April 24, 2026

Respectfully Submitted,

*/s/ Golnaz Fakhimi*

1

Golnaz Fakhimi
Muslim Advocates
1032 15th Street Northwest # 362
Washington, D.C. 20005
T: (202) 655-2969
E: golnaz@muslimadvocates.org

(*Ms. Fakhimi's work at Muslim Advocates concluded April 17, 2026*)

## CERTIFICATE OF SERVICE

I hereby certify that I am effecting service of the instant motion on all parties via the CM/ECF system.

Date: April 24, 2026

/s/ Golnaz Fakhimi
Golnaz Fakhimi
Muslim Advocates
1032 15th Street Northwest # 362
Washington, D.C. 20005
T: (202) 655-2969
E: golnaz@muslimadvocates.org

(*Ms. Fakhimi's work at Muslim Advocates concluded April 17, 2026*)