**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DORCAS INT'L INST. OF R.I., *et al.*,
   Plaintiffs.

v.

U.S. CITIZENSHIP AND IMMIGRA-
TION SERVS., *et al.*,
   Defendants.

Civil Action
No. 26cv132-JJM-PAS

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**
**TO FILE REPLY BRIEF IN SUPPORT OF SUMMARY JUDGMENT**

Defendants move this Court for a brief extension of time, up to and including May 11, 2026, at 5 p.m. to file their response to Plaintiffs' summary-judgment reply and response in opposition to Defendants' cross-motion for summary judgment (ECF 23). The current deadline for Defendants' reply is May 8, 2026. Defendants seek the extension given undersigned counsel's obligations in other matters, including recently scheduled court appearances and ongoing docket demands that have required immediate attention over the past several days. Defendants respectfully request this brief extension in good faith to ensure a complete and careful submission. Plaintiffs consent to this request.

For these reasons, Defendants respectfully request that the Court extend the deadline to file a reply regarding the cross-motion to May 11, 2026, at 5 p.m.

Dated: May 5, 2025

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant U.S. Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
Email:  kevin.bolan@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2026, I electronically filed the foregoing motion and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Kevin Bolan*
KEVIN BOLAN
Assistant United States Attorney