AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | |
|---|---|
| Dorcas Int'l Inst. of R.I., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:26-cv-00132-JJM-PAS |
| U.S. Citizen & Immig. Servs., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 All Defendants                                                                                              .

Date:     06/09/2026

/s/ Tyler J. Becker
*Attorney's signature*

Tyler J. Becker (VA Bar No. 97636)
*Printed name and bar number*
U.S. Department of Justice
Office of the Assistant Attorney General, Civil Division
950 Pennsylvania Ave NW
Washington, DC 20530

*Address*

tyler.becker@usdoj.gov
*E-mail address*

(202) 514-4052
*Telephone number*

*FAX number*