# UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND, ET AL., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 1:26-cv-132-JJM-PAS |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL. | ) ) ) ) |
| Defendants. | ) |

## <u>JUDGMENT</u>

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to this Court's Order entered on June 11, 2026, and in accordance with Fed. R. Civ. P. 58, partial final judgment is hereby entered in favor of Plaintiffs and against the Defendants on Counts I and II of Plaintiffs' Complaint.

<u>It is so ordered</u>.

June 11, 2026                                    By the Court:

                                                 <u>/s/ Hanorah Tyer-Witek</u>
                                                 Clerk of Court