DORCAS INT'L INST. OF R.I., et al.,

    Plaintiffs,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVS., et al.,

    Defendants.

Civil Action No.
26-cv-132-JJM-PAS

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that the United States, on behalf of all Defendants, appeals to the United States Court of Appeals for the First Circuit from the judgment that the district court (McConnell, C.J.) entered in favor of the Plaintiffs on June 11, 2026 (ECF No. 37). The judgment was entered pursuant to the memorandum and order that the district court entered on June 5, 2026, in which the court granted in part Plaintiffs' motion for partial summary judgment (ECF No. 28). The judgment also encompasses the district court's order entered on June 11, 2026, in which the court granted Defendants' motion for final judgment under Federal Rule of Civil Procedure 54(b) (ECF No. 36).

    Respectfully submitted,

    TODD BLANCHE
    Acting Attorney General

    CHARLES C. CALENDA
    First Assistant U.S. Attorney

    */s/* Lauren S. Zurier
    LAUREN S. ZURIER
    Assistant United States Attorney
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    (401) 709-5000
    Lauren.Zurier@usdoj.gov

## Certificate of Service

I hereby certify that, on June 12, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, which will serve it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney