**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DORCAS INT'L INST. OF R.I., et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 26-cv-132-JJM-PAS |
| U.S. CITIZENSHIP AND IMMIGRATION SERVS., et al., | |
| Defendants. | |

**DEFENDANTS' STATUS REPORT CONCERNING**
**COMPLIANCE WITH COURT'S ORDER**

In accordance with this Court's order of June 11, 2026 (ECF No. 36 at p.6 ¶ 3), Defendants respectfully submit the declaration of Angelica Alfonso-Royals, attached hereto as Exhibit A, outlining the steps being taken to comply with the Court's order of June 5, 2026 (ECF No. 28).

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

CHARLES C. CALENDA
First Assistant U.S. Attorney

*/s/* Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, RI 02903
(401) 709-5000
Lauren.Zurier@usdoj.gov

**<u>Certificate of Service</u>**

I hereby certify that, on June 12, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, which will serve it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney