# Exhibit A

## Declaration of
## Angelica Alfonso-Royals

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DORCAS INT'L INST. OF R.I., *et al.*,

     Plaintiffs,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVS., *et al.*,

     Defendants.

Civil Action No.
26cv132-JJM-PAS

## DECLARATION OF ANGELICA ALFONSO-ROYALS

I, Angelica Alfonso-Royals, make the following declaration, as provided by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed in the above-captioned civil action with the United States District Court for the District of Rhode Island. I hereby certify:

1. I am the Deputy Director of U.S. Citizenship and Immigration Services (USCIS), a component agency within the U.S. Department of Homeland Security (DHS). I have held this position since May 31, 2026.  Previously I served as the Principal Deputy Director of USCIS from April 15, 2026 to May 30, 2026. Before that, I served in various senior leadership roles at USCIS, including Chief Operating Officer, and Acting Director.

2. The statements contained in this declaration are based upon my personal knowledge and upon information provided to me in my official capacity.

3. On June 5, 2026, this Court entered an order granting in part Plaintiffs' motion for summary judgment. ECF No. 28. The order explained that "[e]ach of the Challenged Policies—the Global Asylum Hold Policy, the Benefits Hold Policy, the Comprehensive Re-Review Policy, and the Country-Specific Factors Policy—

1

are declared unlawful and are hereby VACATED and SET ASIDE." ECF 28 at 135.

4. On June 11, 2026, this Court entered partial judgment in favor of Plaintiffs, and ordered USCIS to file a status report, advising the Court as to what specific steps have been taken to comply with the Court's order.

5. On June 12, 2026, USCIS posted a web alert on its public website notifying the public that the agency is complying with the vacatur. The web alert is available here: https://www.uscis.gov/newsroom/alerts/court-order-on-hold-policies.

6. USCIS has circulated the web alert internally to alert agency personnel that USCIS is subject to the Court's vacatur and instructing agency personnel to treat the vacated policies as if they are no longer in effect.

7. USCIS's Office of Information Technology (OIT) is working on ensuring that USCIS systems do not impose limitations or requirements that are based on the vacated policies.

8. USCIS adjudications components are working on providing updated guidance regarding compliance with the vacatur.

9. USCIS customer service is working on ensuring that USCIS's publicly accessible resources and assistants provide accurate information to the public regarding the vacatur, including without limitation than holds previously implemented pursuant to the vacated policies have been removed.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of June 2026, in Camp Springs, Maryland.

ANGELICA M ALFONSO-ROYALS
Digitally signed by ANGELICA M ALFONSO-ROYALS
Date: 2026.06.12 16:18:25 -04'00'

Angelica Alfonso-Royals
Deputy Director
U.S. Citizenship and Immigration Services
Department of Homeland Security

2