**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

DORCAS INT'L INST. OF R.I., et al.,

      Plaintiffs,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVS., et al.,

      Defendants.

Civil Action No.
26-cv-132-JJM-PAS

## NOTICE OF WITHDRAWAL OF APPEARANCE

In accordance with LR Gen. 206(d)(1), please note the withdrawal of the undersigned as counsel for the United States in the above-captioned matter.  The United States continues to be represented in this matter by attorneys Kevin Bolan and Tyler Becker.

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-5000
(401) 709-5001 (Fax)
Email:  Lauren.Zurier@usdoj.gov

## Certificate of Service

I hereby certify that, on June 12, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, which will serve it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

/s/ Lauren S. Zurier
LAUREN S. ZURIER
Assistant United States Attorney