## UNITED STATES DISTRICT COURT
### DISTRICT OF RHODE ISLAND

DORCAS INT'L INST. OF R.I., *et al.*,

    Plaintiffs,

v.

U.S. CITIZENSHIP AND
IMMIGRATION SERVS., *et al.*,

    Defendants.

Civil Action No.
26cv132-JJM-PAS

### DEFENDANT'S NOTICE

Defendants file this notice in response to this Court's July 6, 2026 order rescheduling the July 8, 2026 in-person hearing on Defendants' emergency motion for a stay pending appeal. That emergency motion for a stay pending appeal was filed on June 19, 2026. *See* ECF No. 46. Defendants requested expedited consideration of that motion pursuant to LR Cv 9.

The Defendants hereby waive reply to Plaintiffs' response to Defendants' emergency motion for a stay pending appeal. Defendants request a decision on their stay motion by Wednesday, July 15, 2026. Otherwise, Defendants will treat the motion as constructively denied and seek a stay from the U.S. Court of Appeals for the First Circuit.

July 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

/s/ *Tyler J. Becker*

TYLER J. BECKER
(V.A. Bar No. 97636)
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Tel: (202) 514-4052
Email: tyler.becker@usdoj.gov

*Attorney for Defendants*

## Certificate of Service

I hereby certify that, on July 8, 2026, I filed the foregoing document through this Court's Electronic Case Filing (ECF) system, thereby serving it upon all registered users in accordance with Federal Rule of Civil Procedure 5(b)(2)(E) and Local Rule Gen 304.

/s/ *Tyler J. Becker*
TYLER J. BECKER