**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Dorcas International Institute of Rhode Island et al
_____
**Plaintiff(s)**

**v.**

USCIS et al
_____
**Defendant(s)**

**Case No.:** 1:26-cv-00132 _____

**MOTION FOR ADMISSION _PRO HAC VICE_**

I, Amy R. Romero _____, am a member in good standing of the bar of this

Court. I am moving for the admission of Attorney Vijayasaradhi V. Bondada _____to

appear _pro hac vice_ in this case as counsel for Dorcas International Institute of Rhode Island et al _____.

I certify that I have reviewed the below information provided by the prospective admittee.  I

acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the

participation and responsibilities of local counsel.

LOCAL COUNSEL:

Amy R. Romero
_____
_Name_

8262
_____
_Bar Number_

DeLuca, Wiezenbaum, Barry & Revens. Ltd.
_____
_Firm/Agency_

199 North Main Street
_____
_Address_

Providence, RI 02903
_____
_City, State, Zip Code_

/s/ Amy R. Romero
_____
_Signature_

07/01/2026
_____
_Date_

4014531500
_____
_Telephone Number_

_____
_Fax Number_

amy@dwbrlaw.com
_____
_E-mail Address_

| To be completed by the Prospective Admittee | | | | |
|---|---|---|---|---|

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (_list courts below._)

| State or Federal Court | Admission Date | | State or Federal Court | Admission Date |
|---|---|---|---|---|
| New York | 11/14/2000 | | | |
| | | | | |
| | | | | |
| | | | | |

## To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you <u>must</u> provide a full explanation as an attachment.*

Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys?   YES ☐   NO ☑

Are there any disciplinary proceedings pending against you at this time?   YES ☐   NO ☑

Has your *pro hac vice* status ever been revoked by any court?   YES ☐   NO ☑

Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime?   YES ☐   NO ☑

Are there any criminal charges pending against you at this time?   YES ☐   NO ☑

## Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

Vijayasaradhi V. Bondada

*Name*

South Asian American Justice Collaborative

*Firm/Agency*

333 W. San Carlos St. Suite 600

*Address*

San Jose, CA 95110

*City, State, Zip Code*

/s/ Vijayasaradhi V. Bondada

*Signature*

9177427800

*Telephone Number*

*Fax Number*

vijay.bondada@saajco.org

*E-mail Address*