IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DORCAS INTERNATIONAL
INSTITUTE OF RHODE ISLAND ET
AL,

    *Plaintiff,*

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES ET AL,

    *Defendant.*

Case No. 1:26-cv-00132-JJM-PAS

## NOTICE OF WITHDRAWAL OF APPEARANCE OF ANISA RAHIM

In accordance with LR Gen. 206(d)(1), please note the withdrawal of Attorney Anisa Rahim as counsel for Dorcas International Institute of Rhode Island et al in the above-captioned matter. These plaintiffs continue to be represented in this matter by Amy Romero, Abbey Rutherford, Anashua Dutta, Catherine Caroll, Kalapan Peddibhotla, Kevin Love Hubbard, Kristy Blumeyer-Martinez, Melissa Keaney, Mona Iman, Reem Subei, Robin Thurston, Ryan Cooper and Vijayasaradhi Bondada.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
Telephone: (401) 453-1500
amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

1

_/s/ Anisa Rahim_
Anisa Rahim (NJ Bar No. 007802007)*
South Asian American Justice Collaborative
333 West San Carlos Street, Suite 600
San Jose, CA 95110
(408)550-9240
anisa.rahim@saajco.org

*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2026, I electronically filed the within document and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

_/s/ Amy R. Romero_

2