**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| DORCAS INTERNATIONAL INSTITUTE OF RHODE ISLAND ET AL,<br><br>*Plaintiff*,<br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ET AL,<br><br>*Defendant*. | Case No. 1:26-cv-00132-JJM-PAS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF KRISTY BLUMEYER-MARTINEZ**

In accordance with LR Gen. 206(d)(1), please note the withdrawal of Attorney Kristy Blumeyer-Martinez as counsel for Dorcas International Institute of Rhode Island et al in the above-captioned matter. These plaintiffs continue to be represented in this matter by Amy Romero, Abbey Rutherford, Anashua Dutta, Catherine Caroll, Kalpana Peddibhotla, Kevin Love Hubbard, Melissa Keaney, Reem Subei, Robin Thurston, Ryan Cooper, and Vijayasaradhi Bondada.

Dated: October 5, 2026

Respectfully submitted,

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
DELUCA, WEIZENBAUM, BARRY & REVENS, LTD.
199 North Main Street
Providence, RI 02903
Telephone: (401) 453-1500
amy@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2026, I electronically filed the within document and it is available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

*/s/ Amy R. Romero*